UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

KEVIN MUNIZ BLAZQUEZ,

              Defendant.

CASE NO.: 26 Mag. 837 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An **in-person** Bail Hearing is scheduled for **Thursday, March 26, 2026 at 2:15 pm** in

Courtroom 18A, 500 Pearl Street, New York, NY 10007.

Dated:     New York, New York
            March 24, 2026

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**