# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT

JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK

PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

<u>**Via ECF**</u>                                                                                       March 26, 2026

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  <u>***United States* v. *Tania Blazquez*, 26 Mag. 837**</u>

Dear Judge Willis:

   Counsel for Defendant Tania Blazquez respectfully submit this consent request for a one-week extension of Defendant's deadline to fulfill the bond conditions of release, until April 1, 2026.  Additional time is needed to complete approval of Defendant's proposed bond co-signers, including to secure an interpreter for one of the co-signer interviews. This is Defendant's first request for an extension, and the Government consents to this request.

                              Respectfully submitted,

                              */s/ Amanda Kramer*
                              Amanda Kramer


                              *Counsel for Defendant Tania Blazquez*

CC:  All counsel of record via ECF

> This request is GRANTED *nunc pro tunc*.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> March 27, 2026