# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2026

By email

Honorable Stewart D. Aaron
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   *United States v. Kevin Muniz Blazquez*, 26 Mj. 837 (UA)**

Dear Judge Aaron:

I write to respectfully request that the Court extend the deadline for the second cosigner by one week, to April 16, 2026. The Government consents to this request. As background, Mr. Muniz is charged with one count of participating in a narcotics conspiracy and was released on conditions including, as relevant, a $125K PRB cosigned by two FRPs along with home detention/electronic monitoring. Mr. Muniz has secured one cosigner but needs additional time to secure the second. This is my first request for an extension.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    James Mandilk, Esq.

Request GRANTED. SO ORDERED.
Dated: 4/9/2026

*[signature: Stewart D. Aaron]*