UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Affirmation in Support of Application for Order of Continuance** |
| v. | |
| KEVIN MUNIZ BLAZQUEZ, | 26 Mag. 837 |
| Defendant. | |

State of New York            )
County of New York         : ss.:
Southern District of New York  )

James Mandilk, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.     I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2.     On March 16, 2026, the defendant was charged in a complaint with a violation of 21 U.S.C. § 846. On March 18, 2026, the defendant was arrested and was presented in this District before Magistrate Judge Sarah L. Cave, at which proceeding the defendant was represented by Jonathan Marvinny, Esq., and ordered detained; he was subsequently released on conditions.

3.     At the presentment on March 18, 2026, a preliminary hearing was scheduled for April 17, 2026, after defense counsel consented to extend the deadline within which to conduct a preliminary hearing. Under the Speedy Trial Act, the Government has until April 17, 2026, to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.      Defense counsel and I have had discussions regarding a possible disposition of this case.   The parties plan to continue our discussions, but do not anticipate a resolution before April 17, 2026.

5.      Therefore, the Government requests a 31-day continuance (the 30th day being a Sunday) until May 18, 2026, to continue the foregoing discussions toward resolving this matter. On April 9, 2026, I conferred with Jonathan Marvinny, Esq., counsel for the defendant, who specifically stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to May 18, 2026.

6.      For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
        April 10, 2026


_____/s/_____
James Mandilk
Assistant United States Attorney
212-637-2453

2